UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-253 (RHK/JJG)

———————————————————————————————

United States of America,

                    Plaintiff,

vs.                                                    ORDER

Laremus Garard Mosby,

                    Defendant.

———————————————————————————————————

        The above matter having come before the court on Defendant's motion for an extension of time to file a response to the presentence report;

        The Court, being duly advised in the premises, upon all the files, records and proceedings herein, now makes and enters the following Order.

        IT IS HEREBY ORDERED:

        That counsel for Laremus G. Mosby has until Wednesday, January 24, 2007 to respond with written correspondence identifying objections and proposed amendments to the presentence report and until Wednesday, February 7, 2007 to respond with any position pleadings.

Dated: 12/19/06          BY THE COURT:

                         s/Richard H. Kyle
                         ————————————————————————————
                         Judge of United States District Court