```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
                   Criminal No. 06-253 (RHK/JJG)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v.  ) | FINAL ORDER |
| ) | OF FORFEITURE |
| LAREMUS GARARD MOSBY, ) | |
| ) | |
| DEFENDANT. ) | |

WHEREAS, on December 12, 2006, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States a Sturm Ruger, model P85, 9mm caliber semiautomatic pistol, serial number 30164866, pursuant to Title 18, United States Code, Section 924(d), in conjunction with Title 28, United States Code, Section 2461(c);

WHEREAS, on December 20 and 27, 2006 and January 3, 2007, the plaintiff published notice of the forfeiture of the above-described firearm in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the above-described firearm in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described firearm;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired; and

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the Sturm Ruger, model P85, 9mm caliber semiautomatic pistol, serial number 30164866, is hereby forfeited to and vested in the United States of America; and

2. the above-described firearm shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3/13/07

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge